UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN IRENE SKADRON, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALTISOURCE SOLUTIONS, INC., a Delaware Corporation; and DOES 1 through 50,<br><br>　　　　Defendants. | Case No.:  2:23-CV-10701-HDV (BFMx)<br><br>**ORDER ON STIPULATION TO DISMISS CASE AND REMAND TO SUPERIOR COURT   [12]** |

　　Having considered the parties' Settlement on the matter.

　　IT IS HEREBY ORDERED that this matter be Dismissed and REMANDED to Superior Court Case No. 2023CUOE015952 for the express purposes of requesting a dismissal.

**IT IS SO ORDERED.**

DATED:  June 27, 2024

By: _____
Hon. Hernan D. Vera
United States District Judge

1